# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY (at Louisville)

*Electronically Filed*

| | | |
|---|---|---|
| **SISTERS FOR LIFE, INC., et. al.** | : | Case No. 3:21-CV-00367 |
| *Plaintiffs* | : | |
| v. | : | |
| **LOUISVILLE-JEFFERSON COUNTY METRO GOVERNMENT**, et. al. | : | |
| | : | |
| *Defendants* | : | |

## PROPOSED ORDER DENYING DEFENDANTS MOTION TO DISMISS

Defendants' Motion to Dismiss is hereby DENIED.

IT IS SO ORDERED:

_____