UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| SISTERS FOR LIFE, INC., *et al.* | Plaintiffs |
| v. | Lead Civil Action No. 3:21-cv-0367-RGJ |
| LOUISVILLE-JEFFERSON COUNTY METRO GOVERNMENT, *et al.* | Defendants |

\*\*\*

| | |
|---|---|
| EDWARD HARPRING, *et al.* | Plaintiffs |
| v. | Member Civil Action No. 3:21-cv-691-RGJ |
| LOUISVILLE-JEFFERSON COUNTY METRO GOVERNMENT | Defendant |

\* \* \* \* \*

### ORDER OF ADMINISTRATIVE DISMISSAL & CONSOLIDATION

Pursuant to the Memorandum Opinion and Order [DE 18] granting consolidation in civil action 3:21CV-691-RGJ with civil action 3:21CV-367-RGJ and the Court being sufficiently advised;

**IT IS ORDERED** that the above-referenced case is consolidated in the senior Action of 3:21CV-367-RGJ. The lead action will be 321CV-367-RGJ. The Court will now Administratively **DISMISS** the member civil action of 3:21CV-691-RGJ, and all pleadings already filed will now be considered as a part of the lead action.

**IT IS FURTHER ORDERED** that counsel are directed to use the above-styled case

heading and file all further pleadings in the lead action.

**IT IS FURTHER ORDERED** that the Clerk of Court shall add the parties into the lead action, along with counsel of record.

January 6, 2022

Rebecca Grady Jennings, District Judge
United States District Court

Copies to:  Counsel