UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

SISTERS FOR LIFE, INC., et al     Plaintiffs

v.     Civil Action No. 3:21-cv-367-RGJ

LOUISVILLE-JEFFERSON COUNTY METRO GOVERNMENT, et al     Defendants

\*\*\*

EDWARD HARPRING, et al.     Plaintiffs

Civil Action No. 3:21-cv-691-RGJ

LOUISVILLE-JEFFERSON COUNTY METRO GOVERNMENT     Defendant

\* \* \* \* \*

## ORDER ON PLAINTIFFS EDWARD HARPRING AND MARY KENNEY'S MOTION TO STAY DISTRICT COURT PROCEEDINGS PENDING APPEAL OF ORDER DENYING PRELIMINARY INJUNCTION

Plaintiffs Harpring and Kenney move this Court to stay all district court proceedings pending their appeal of this Court's order denying their motion for a preliminary injunction. The Court having considered Plaintiffs' arguments in support of their motion, and being otherwise fully advised,

IT IS HEREBY ORDERED that Plaintiffs' motion to stay all district court proceedings is GRANTED. All proceedings in this Court are STAYED, pending the outcome of Plaintiffs' interlocutory appeal, and all future deadlines shall be taken off the calendar.

It is so Ordered on this 11th day of April 2022.

Rebecca Grady Jennings, District Judge
United States District Court

April 11, 2022

Cc:     Counsel of record