UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

SISTERS FOR LIFE, INC., et al.                                                                        Plaintiffs

v.                                                                                      Civil Action No. 3:21-cv-367-RGJ

LOUISVILLE-JEFFERSON COUNTY                                                           Defendants
METRO GOVERNMENT, et al.

* * * * *

**PRELIMINARY INJUNCTION ORDER**

This matter is before the Court on remand from the United States Court of Appeals for the Sixth Circuit, which preliminary enjoined Louisville-Jefferson County Metro Government from enforcing Louisville-Jefferson Ord. Code§ 132.09(B)(2) and reversed and remanded this Court with instructions to preliminarily enjoin the Defendants in this action from enforcing Louisville-Jefferson Ord. Code§ 132.09(B)(2). [DE 63]. For all the reasons stated in the Sixth Circuit's opinion [DE 63], a preliminary injunction will be granted enjoining Defendants from enforcing from enforcing Louisville-Jefferson Ord. Code§ 132.09(B)(2) pursuant to Fed. R. Civ. P. 65(a).

The Court has considered the requirement of a bond. Despite the mandatory language of Fed. R. Civ. P. 65(c), "the rule in our circuit has long been that the district court possesses discretion over whether to require the posting of security." *Appalachian Regional Healthcare. Inc. v. Coventry Health and Life Ins. Co.*, 714 F.3d 424, 431 (6th Cir. 2013) (quoting *Moltan Co. v. Eagle-Picher Indus., Inc.*, 55 F.3d 1171, 1176 (6th Cir. 1995)). Given the circumstances, the Court will not require a bond.

Accordingly, the Court, having reviewed the opinion from the United States Court of Appeals for the Sixth Circuit [DE 63], and being otherwise sufficiently advised, **IT IS ORDERED** as follows:

2

1. The Defendants in this action are **ENJOINED** from enforcing Jefferson Ord. Code § 132.09(B)(2);

2. This preliminary injunction will remain in place until this matter is resolved on the merits;

3. The Court will issue a separate order setting this matter for an additional Rule 16 conference with the Magistrate Judge.

Rebecca Grady Jennings, District Judge
United States District Court

January 3, 2023