**THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**
*Electronically Filed*

**SISTERS FOR LIFE, INC., et al.,**                                           **PLAINTIFFS**

**v.**                                                          **Case No. 3:21-cv-00367-RGJ**

**LOUISVILLE/JEFFERSON COUNTY**
**METRO GOVERNMENT, et al.,**                                      **DEFENDANTS**

**PLAINTIFFS' PROPOSED SCHEDULING ORDER[1]**

At the time of the stay in this case, all discovery concluded.  Thus, the parties stipulate

and agree to the following schedule for dispositive motions:

(1) Dispositive motions due February 24, 2023;

(2) Responses to dispositive motions due, March 17, 2023;

(3) Replies in support of dispositive motions due, March 31, 2023;

(4) Pretrial conference set: _____, 2023;

(5) Bench trial date set: _____, 2023;

All other provisions of the prior scheduling order [DE#25], shall remain of force.

IT IS SO ORDERED:

_____

_____

[1] The parties met and conferred but were unable to agree on dates; Defendants sought a schedule with a dispositive motion schedule in May, 2023.  As it stands, Case 3:21-CV-367 has already been pending for more than 18 months, has had a merits based published determination by the United States Court of Appeals for the Sixth Circuit (DE#63), all discovery has been completed prior to the stay being entered, and the only thing that remains is the filing and determination of final dispositive motions, and a bench trial if genuine issues of material fact remain for trial.  All of the determinations are largely guided by the Sixth Circuit's decision.  Plaintiffs have allowed the parties significant time for submission of such motions under the proposed schedule set forth above.

Tendered by:

/s/Christopher Wiest
*Counsel for Plaintiffs*
*Angela Minter, Sisters for Life, Inc.*
*And Kentucky Right to Life, Inc.*

/s/Francis Manion
Counsel for Plaintiffs Ed Harpring and Mary Kenney

CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing upon all Counsel of record, by filing same via the Court's CM/ECF system this 26 day of January, 2023.


/s/Christopher Wiest