THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
*Electronically Filed*

**SISTERS FOR LIFE, INC., et al.,**  **PLAINTIFFS**

**v.**  Case No. 3:21-cv-00367-RGJ

**LOUISVILLE/JEFFERSON COUNTY**
**METRO GOVERNMENT, et al.,**  **DEFENDANTS**

### DEFENDANTS' PROPOSED SCHEDULING ORDER

At the time of the stay in this case, all discovery concluded. Thus, the Defendants, Louisville Metro Government et al., submit the following schedule for dispositive motions:

(1) Dispositive motions due: May 2, 2023;

(2) Responses to dispositive motions due: May 22, 2023;

(3) Replies in support of dispositive motions due: June 2, 2023;

(4) Pretrial conference set: _____, 2023;

(5) Bench trial date set: _____, 2023;

All other provisions of the prior scheduling order [DE#25], shall remain of force.

IT IS SO ORDERED:

_____


Tendered by:

/s/ Natalie Johnson
/s/ John F. Carroll
Assistant County Attorneys
*Counsel for Defendants*
*Louisville Metro Government, Mayor Greg Fischer*
*Chief Erika Shields and Mike O'Connell*

1

## **CERTIFICATE OF SERVICE**

I certify that I have served a copy of the foregoing upon all Counsel of record, by filing same via the Court's CM/ECF system this 26th day of January 2023.

/s/   Natalie Johnson