**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

SISTERS FOR LIFE, INC., *et al.*
Plaintiffs

v.  Lead Civil Action No. 3:21-cv-0367-RGJ

LOUISVILLE-JEFFERSON COUNTY   Defendants
METRO GOVERNMENT, *et al.*

## DECLARATION OF JOE LYNCH

Pursuant to 28 U.S.C. §1746, the undersigned, Joe Lynch, makes the following declaration, under penalty of perjury under the laws of the United States of America, that the facts contained herein are true and correct to the best of my knowledge and belief and that such facts are made based on my personal knowledge:

1. My name is Joe Lynch, and I am and have been for a number of years a sidewalk counsel, who is affiliated with Kentucky Right to Life.  I have performed that sidewalk counseling outside the EMW clinic in Louisville, and have personally done so for the past six months, even after abortions were temporarily discontinued due to laws being passed and during litigation.  I have continued prayer outside facility.

2. After abortions temporarily have been discontinued, I have witnessed patients enter the EMW, and then leave a minute or so later (I assume after being told they could not get an abortion).  I do acknowledge that escorts have not been present during this time, but, again, at least the manager of the facility has been present.

3. The buffer zone ordinance remains on the books.  The EMW clinic has had staff present at its facility, including its manager's vehicle (which I recognize) for the past six months, including after abortions have been temporarily discontinued.  I personally have witnessed

the manager's vehicle present, and the facility thus open, two weeks ago, when I was there at 9:30 a.m.

4. There are no signs that indicate that the EMW facility is closed, and their website indicates that they are "OPEN and seeing patients," and their hours of operation are posted as Monday, 8 a.m. – 4:30 p.m. Appointments and Counseling Open, Tuesday-Friday, 8 am – 4:30 p.m., Saturday, 8 am – 4 pm.

Pursuant to 28 U.S.C. §1746, I declare under penalties of perjury under the laws of the United States of America that the foregoing Declaration is true and correct to the best of my knowledge and belief and that such facts are made based on my personal knowledge.

Executed on March 1, 2023

Joe Lynch