**EXHIBIT A**

**DECLARATION OF EDWARD HARPRING**

Harpring, et al. v. Louisville-Jefferson County Metro Government

Plaintiffs' Motion for Summary Judgment

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| SISTERS FOR LIFE, INC., *et al.* | Plaintiffs |
| v. | Lead Civil Action No. 3:21-cv-0367-RGJ |
| LOUISVILLE-JEFFERSON COUNTY METRO GOVERNMENT*, et al.* | Defendants |

\*\*\*

| | |
|---|---|
| EDWARD HARPRING, *et al.* | Plaintiffs |
| v. | Member Civil Action No. 3:21-cv-691-RGJ |
| LOUISVILLE-JEFFERSON COUNTY METRO GOVERNMENT | Defendant |

### DECLARATION OF EDWARD HARPRING
### PURSUANT TO 28 U.S.C. § 1746

I, Edward Harpring, an adult resident of the Commonwealth of Kentucky, and Plaintiff in this action, state the following based on my personal knowledge:

1. In 2021, after the Ordinance was passed by the Louisville Metro Government, buffer zone lines were painted on the public sidewalk outside the EMW Women's Surgical Center, located at 136 W. Market Street, Louisville.

2. The last time I visited the public sidewalk outside EMW, about one month ago, I saw that the buffer zone lines are still painted on the sidewalk.

3. Since sometime last year, when EMW allegedly stopped performing abortions, I have continued to visit the public sidewalk outside EMW, including within the buffer zone lines, typically two to three times a week when I am in town. I go to that location to pray and to speak with women who might be standing outside the front doors of EMW.

4.  In the past six months, even after this Court entered a preliminary injunction, I have personally witnessed persons entering and exiting EMW on several occasions. I have also seen, on several occasions, the car belonging to the EMW manager parked in the back of the building.

5.  Even after EMW allegedly stopped performing abortions, I have met a number of women outside EMW who were not aware that EMW is not providing abortion services. I have counseled them and directed some of them to BsideUforLife, a pro-life crisis pregnancy center, located at 701 W. Muhammad Ali Blvd., Louisville, KY 40203.

## DECLARATION PURSUANT TO 28 U.S.C. § 1746

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 7, 2023.

s/ Edward Harpring
Edward Harpring
