## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| SISTERS FOR LIFE, INC., *et al.* | Plaintiffs |
| v. | Lead Civil Action No. 3:21-cv-0367-RGJ |
| LOUISVILLE-JEFFERSON COUNTY METRO GOVERNMENT*, et al.* | Defendants |

\*\*\*

| | |
|---|---|
| EDWARD HARPRING, *et al.* | Plaintiffs |
| v. | Member Civil Action No. 3:21-cv-691-RGJ |
| LOUISVILLE-JEFFERSON COUNTY METRO GOVERNMENT | Defendant |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND ENTERING PERMANENT INJUNCTION

Upon consideration of Plaintiffs Harpring and Kenney's motion for summary judgment, Defendant's opposition, and the entire record in this case, the Court finds that there are no genuine issues of material fact in dispute and that Plaintiffs Harpring and Kenney are entitled to judgment as a matter of law.

In addition, because Plaintiffs are entitled to judgment as a matter of law, a permanent injunction should follow.

Accordingly, it is hereby

**ORDERED** that Plaintiffs Harpring and Kenney's motion for summary judgment is granted.

**IT IS FURTHER ORDERED** that Defendant Louisville-Jefferson County Metro Government, its officers, agents, servants, successors in office, employees, police, prosecutors, attorneys, and those acting in concert or participation with them, are **ENJOINED** from enforcing Jefferson Ord. Code § 132.09(B)(2).

**SO ORDERED** on this _____ day of _____, 2023.