### THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY
### AT LOUISVILLE
*Electronically Filed*

**SISTERS FOR LIFE, INC., et al.,**                                    **PLAINTIFFS**

**v.**                                               **Case No. 3:21-cv-00367-RGJ**

**LOUISVILLE/JEFFERSON COUNTY**
**METRO GOVERNMENT, et al.,**                        **DEFENDANTS**

### PLAINTIFFS MOTION FOR AN EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF SUMMARY JUDGMENT

Plaintiffs Sisters for Life, Inc., Angela Minter, and Kentucky Right to Life, through Counsel, move this Court for an extension of time to file their Reply in support of their Motion for Summary Judgment, of seven additional days, from April 13, 2023 to April 20, 2023. A proposed order is attached.

When the Court entered the currently operative scheduling order in this case, the undersigned asked for a deadline of March 16, 2023, so as to make Oppositions to Summary Judgment due on April 6, 2023, and Replies due on April 20, 2023. That was no accident: as the undersigned made clear on that scheduling call, the undersigned has non-refundable travel and spring break plans with his family, from April 7 through April 14, 2023. In addition, the undersigned has depositions previously scheduled in other matters on April 3, April 4, and April 6, 2023 including a day-to-day preservation deposition of a witness with a terminal illness. And, finally, the undersigned a previously scheduled evidentiary and preliminary injunction hearing, in the Southern District of Mississippi scheduled for April 17, 2023 (and will be traveling to that hearing on April 16, 2023 and back from that hearing on April 18, 2023).

The briefing schedule in this case was known to the undersigned at the time of these other commitments (and they were scheduled with that briefing schedule in mind), but the anticipation

was that the Defendants' Opposition to Summary Judgment would be filed on time (April 6, 2023) so as to put the deadline for Reply on April 20, 2023, and not seven days early, as was the case.

This motion is not for purposes of delay, but rather is due to legitimate, pre-existing, scheduling conflicts.

Respectfully submitted,

/s/ Christopher Wiest_____
Christopher Wiest (KY 90725)
Chris Wiest, Atty at Law, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
Tel:    513/257-1895
Fax:    859/495-0803
chris@cwiestlaw.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing upon Counsel for Defendants, by filing same with this Court via CM/ECF, this 30 day of March, 2023.

/s/ Christopher Wiest_____
Christopher Wiest (KY 90725)