

Geoffrey R. Surtees
American Center for and Justice
P.O. Box 60
New Hope, KY 40052
502-549-7020
gsurtees@aclj.org

September 12, 2023

Hon. Rebecca Grady Jennings
Gene Snyder United States Courthouse
601 W Broadway
Room 262
Louisville, KY 40202-2227

**VIA ECF ONLY**

Re:     *Sisters for Life, Inc., et al. v. Louisville/Jefferson Country Metro Government, et al.*
        **Case No. 3:21-cv-0367-RGJ**

        **Request to Excuse Plaintiff Edward Harpring From Physically Appearing at the
        Pretrial Conference**

To the Honorable Rebecca Grady Jennings:

Plaintiff Edward Harpring respectfully asks that the Court excuse him from being physically present at the Pretrial Conference currently scheduled for September 26, 2023, at 1:30 p.m.

Mr. Harpring understands that pursuant to the Court's Order of February 1, 2023, the parties and/or representatives shall be present at the Pretrial Conference. [DE 71.]

Mr. Harpring, however, has very recently informed undersigned counsel that he will be out of state on a prepaid trip from September 22 through September 30.

If convenient to the Court, Mr. Harpring can be present for the Pretrial Conference by way of telephone or video. If inconvenient, Mr. Harpring is willing to return to Louisville to be present physically for the Pretrial Conference.

Mr. Harpring apologizes to the Court for any difficulties arising from this situation.

Very truly yours,

/s/ Geoffrey R. Surtees
Geoffrey R. Surtees
*Counsel for Plaintiffs Harpring and Kenney*

cc: Counsel of Record, via ECF