UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

SISTERS FOR LIFE, INC., ET AL.                                                      Plaintiffs

v.                                                                Civil Action No. 3:21CV-367-RGJ

LOUISVILLE-JEFFERSON COUNTY                                                Defendants
METRO GOVERNMENT, ET AL.

* * * * *

## MEMORANDUM OF HEARING AND ORDER

The Court conducted an evidentiary hearing in this matter on October 11, 2023 [DE 106], with the following counsel participating:

For Plaintiffs-Sisters for Life:   Christopher D. Wiest and Thomas B. Bruns

For Plaintiffs-Harpring and Kenney:  Geoffrey R. Surtees

For Defendant(s):   Natalie Johnson and John F. Carroll

The Court heard sworn testimony of witnesses and arguments by counsel. The Court being otherwise sufficiently advised**; IT IS HEREBY ORDERED** as follows:

(1)     The transcript from this hearing shall be filed within fourteen days. The parties shall file simultaneous briefs **on or before November 20, 2023,** with responsive briefs **on or before December 4, 2023.**

(2)     Any replies may only be considered by the Court with a motion for leave to file such reply.

Copies to: Counsel

Court Time: 03/10- Contested

Court Reporter: Becky Boyd

Rebecca Grady Jennings, District Judge
United States District Court

October 13, 2023