THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
*Electronically Filed*

**SISTERS FOR LIFE, INC., et al.,**                          **PLAINTIFFS**

**v.**                                                       **Case No. 3:21-cv-00367-RGJ**

**LOUISVILLE/JEFFERSON COUNTY**
**METRO GOVERNMENT, et al.,**                                **DEFENDANTS**

### PLAINTIFFS' RESPONSE TO NOTICE

On July 31, 2024, the Court informed the parties that it may (1) grant summary judgment for a non-movant; (2) grant the motion on grounds not raised by a party; and/or (3) consider summary judgment on its own after identifying for the parties material facts that may not be genuinely in dispute, all pursuant to FRCP 56(f). (Doc. 155).

In light of the extensive briefing in this matter, it is unclear to Plaintiffs what grounds, not raised or briefed already, that could be the basis of such a determination. To the extent that the Court contemplates determining this matter in favor of a nonmoving party, on grounds not already raised in the briefing of the parties, Plaintiffs should, as a matter of due process, have an opportunity to address those grounds. Consequently, Plaintiffs object and submit that the order in question (Doc. 155), which does not identify any alternative grounds, is not sufficient notice to provide Plaintiffs a basis to muster evidence or provide a submission for a determination of this matter on grounds not already briefed by the parties. *Smith v. Perkins Bd. of Educ.*, 708 F.3d 821, 830 (6th Cir. 2013) (noting in similar circumstances that "Plaintiff could not have been aware that summary judgment would be entered against her on grounds that had not been raised by either party.").

1

2

        Respectfully submitted,

        /s/ Christopher Wiest_____
        Christopher Wiest (KBA 90725)
        Chris Wiest, Atty at Law, PLLC
        50 E. Rivercenter Blvd., Ste. 1280
        Covington, KY 41011
        513/257-1895 (c)
        859/495-0803 (f)
        chris@cwiestlaw.com

        /s/Thomas Bruns_____
        Thomas B. Bruns (KBA 84985)
        4555 Lake Forest Drive, STE 330
        Cincinnati, OH 45242
        tbruns@bcvalaw.com
        513-312-9890
        **Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I certify that I have sent a copy of the foregoing to all counsel of record via filing via CM/ECF, this 8 day of August, 2024.

        /s/ Christopher Wiest_____
        Christopher Wiest (KBA 90725)