**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

SISTERS FOR LIFE, INC., *et al.* Plaintiffs

v. Lead Civil Action No. 3:21-cv-0367-RGJ

LOUISVILLE-JEFFERSON COUNTY METRO GOVERNMENT, *et al.* Defendants

***

EDWARD HARPRING, *et al.* Plaintiffs

v. Member Civil Action No. 3:21-cv-691-RGJ

LOUISVILLE-JEFFERSON COUNTY METRO GOVERNMENT Defendant

**DECLARATION OF GEOFFREY R. SURTEES IN SUPPORT OF PLAINTIFFS EDWARD HARPRING AND MARY KENNEY'S MOTION FOR ATTORNEYS' FEES**

1. I am a Senior Counsel with the American Center for Law & Justice ("ACLJ"), counsel for Plaintiffs Edward Harpring and Mary Kenney in the above-captioned case. I am a member in good standing of the State Bar of Kentucky and am admitted to practice before this Court. Except where otherwise stated, I have personal knowledge of the facts set forth in this Declaration.

2. I am a 2001 graduate of the University of Kentucky College of Law. I regularly represent clients in federal courts across the country. I am admitted to numerous federal appellate and district courts including: the United States Supreme Court, the United States Courts of Appeals for the Second, Third, Sixth, Seventh, Eighth, Ninth, Tenth, and Eleventh Circuits; and the United States District Courts for the Central District of Illinois, the Northern District of Illinois (General Bar), the Eastern District of Kentucky, the Western District of Kentucky, the Western District of Michigan, and the Western District of Wisconsin.

3. My field of specialization is First Amendment litigation and religious civil liberties, and I have participated in a wide array of First Amendment cases involving the free speech clause, the free

exercise clause, and the Establishment Clause, in addition to cases brought under Title VII and the federal Religious Freedom Restoration Act.

4. Prior to his retirement in early 2023, Francis J. Manion served as lead counsel in this action. Manion was admitted to the practice of law in 1980 and served as Senior Counsel for the ACLJ since joining the ACLJ in 1996. Manion, who graduated from Seton Hall Law School in 1980, remains a member in good standing of the State Bar of Kentucky, in addition to the State Bars of New Jersey and Pennsylvania, and is admitted to practice before this Court. Manion is admitted to numerous federal appellate and district courts including: the United States Supreme Court, the United States Courts of Appeals for the Third, Sixth, Seventh, Eighth, Ninth, Tenth, and Eleventh Circuits; and the United States District Courts for the Central District of Illinois, the Southern and Northern Districts of Illinois, the Southern and Northern Districts of Indiana, the Eastern and Western Districts of Kentucky, the Western District of Michigan, the District of Nebraska, the Eastern District of Pennsylvania, and the Western District of Wisconsin.

5. During his time with the ACLJ, Manion's field of specialization was, like that of Surtees, First Amendment litigation and religious civil liberties, participating in a wide array of First Amendment cases, in addition to cases brought under Title VII and the federal Religious Freedom Restoration Act.

6. The ACLJ, founded over 30 years ago, is a non-profit organization dedicated to the defense of constitutional liberties secured by law. It currently employes more than fifteen full-time attorneys. Since its inception, the ACLJ has been involved in cases addressing the free speech rights of sidewalk counselors. In fact, the ACLJ represented petitioners in *Hill v. Colorado*, 530 U.S. 703 (2000), and *Schenck v. Pro-Choice Network of W. N.Y.*, 519 U.S. 357 (1997), decisions cited by this Court in its recent Opinion and Order. [DE 157 at 3455-56.]

7. In addition to the case at bar, Surtees and Manion, who worked out of the same ACLJ office in New Hope, Kentucky, for over twenty years, have worked together on numerous cases involving First Amendment liberties and religious civil liberties. Most relevantly, in *Turco v. Engelwood* (D.N.J., 2:15-cv-03008-SDW-LDW (filed April 29, 2015); 3d Cir. 17-3716 (filed Dec. 14, 2017); 3d Cir., 22-2647 (filed Sept. 8, 2022)), Surtees and Manion represented a sidewalk counselor in a First Amendment challenge to a city's buffer zone ordinance—an ordinance similar in content to the Ordinance challenged in this case. That case was originally decided on a motion for summary judgment in favor of the plaintiff, but after subsequent appeals to the Third Circuit, in addition to a bench trial, plaintiff has filed a petition for a writ of certiorari that is currently pending before the U.S. Supreme Court. *See Turco v. City of Englewood*, New Jersey, No. 23-1189 (docketed May 3, 2024). Surtees and Manion therefore have expertise in the area of law that is squarely at issue in this case.[1]

8. Because the ACLJ typically represents its clients free of charge, including in this case, and because the ACLJ has cases in different jurisdictions throughout the country, the ACLJ does not have a customary hourly rate it charges clients. When the ACLJ seeks attorney's fees under 42 U.S.C. § 1988, having represented a prevailing party under 42 U.S.C. § 1983, it is the ACLJ's practice to look to hourly rates previously approved in the court where such fees are sought. In light of this Court's recent use of a Price Report from Price Waterhouse Cooper "as a benchmark for reasonable market rates," *Honorable Ord. of Ky. Colonels, Inc. v. Ky. Colonels Int'l*, No. 3:20-cv-132-RGJ, 2023 U.S. Dist. LEXIS 202723, *6 (W.D. Ky. Nov. 13, 2023), Surtees (ACLJ Senior Counsel with 23 years of

[1] Other cases Surtees and Manion played active roles in include: *Isabell v. Trs. of Ind. Univ.*, 432 F. Supp. 3d 786, 790 (N.D. Ind. 2020); *Miano v. Miller*, No. 3:18-cv-00110, 2019 U.S. Dist. LEXIS 200259 (S.D. Iowa Sep. 26, 2019); *LivingWell Med. Clinic, Inc. v. Becerra*, 901 F.3d 1168, 1169 (9th Cir. 2018); *O'Brien v. United States HHS*, 766 F.3d 862, 863 (8th Cir. 2014); *Minahan v. City of Fort Myers*, No. 2:14-cv-629, 2014 U.S. Dist. LEXIS 173527 (M.D. Fla. Dec. 16, 2014); *Ramsey v. City of Pittsburgh*, 764 F. Supp. 2d 728 (W.D. Pa. 2011); *Gaskell v. Univ. of Ky.*, No. 09-244-KSF, 2010 U.S. Dist. LEXIS 124572 (E.D. Ky. Nov. 23, 2010); *Vandersand v. Wal-Mart Stores, Inc.*, 525 F. Supp. 2d 1052 (C.D. Ill. 2007); *Pleasant Grove City v. Summum*, 555 U.S. 460 (2009); *ACLU of Ky. v. Mercer Cty.*, 432 F.3d 624, 627 (6th Cir. 2005). Surtees and Manion have also submitted amicus briefs with the U.S. Supreme Court on behalf of the ACLJ in numerous cases. *See, e.g.*, *Little Sisters of the Poor Saints Peter & Paul Home v. Pennsylvania*, 591 U.S. 657 2370 (2020); *Am. Legion v. Am. Humanist Ass'n*, 588 U.S. 19 (2019) *Nat'l Inst. of Family & Life Advocates v. Becerra*, 585 U.S. 755, 763 (2018).

experience) requests an hourly rate of $525. Manion (former ACLJ Senior Counsel with 44 years of experience) requests an hourly rate of $590. (Price Report attached as Exhibit A.)

9. As shown in the time entries for Surtees, attached as Exhibit B, I have expended 303.4 hours in this case. When that amount is multiplied by an hourly rate of $525/hour, the total is $159,285 in attorney's fees for Surtees.

10. As shown in the time entries for Manion, attached as Exhibit C, a true and authentic copy of which he provided to me upon retiring in early 2023, Manion expended 118.65 hours. When that amount is multiplied by an hourly rate of $590/hour, the total is $70,003.50 in attorney's fees for Manion.

11. Accordingly, the total amount Plaintiffs seek in this motion is $229,288.50.

12. The undersigned has engaged in reasonable billing judgment to reduce the fee request as appropriate. In addition, Plaintiffs do not seek fees for two former ACLJ attorneys who worked on this case: Erik Zimmerman (who worked on the appellate briefing for the Sixth Circuit) and Edward L. White III (who worked on the appellate briefing for the Sixth Circuit and in proceedings in this Court after remand). Finally, Plaintiffs do not seek the costs of litigation.

13. Based on the foregoing, and for the reasons stated in the motion, the undersigned represents a good faith belief that Plaintiffs' request for fees in the amount of $229,288.50 is fair and appropriate in this case.

**DECLARATION PURSUANT TO 28 U.S.C. § 1746**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 11, 2024.

/s/ Geoffrey R. Surtees
Geoffrey R. Surtees

**Exhibit A**

**Independent Market Fee Report Prepared by Price Waterhouse Cooper ("Price Report")**

**[*The Honorable Order of Kentucky Colonels, Inc. v. Kentucky Colonels International et al.*, Case 3:20-cv-00132-RGJ, DE 130-6]**

**(Yellow highlighting in original)**

PwC Rate Data as of January 1, 2023

PwC Peer Group - KY & TN Offices (15 members)

| | WTC Current | PwC Median Current | % of Diff. from WTC to PwC |
|---|---|---|---|
| **Equity Partners** | | | |
| High | 620 | 678 | -8.55% |
| Middle | 525 | 577 | -9.01% |
| Low | 430 | 518 | -16.99% |
| Average | 518 | 572 | -9.44% |
| ***By Years of Experience*** | | | |
| < 11 Years | | ** | |
| 11 - 15 Years | 450 | 490 | -8.16% |
| 16 - 20 Years | 452 | 539 | -16.14% |
| 21 - 25 Years | 462 | 566 | -18.37% |
| 26 - 30 Years | 516 | 582 | -11.34% |
| 31 - 35 Years | 550 | 646 | -14.86% |
| 36 - 40 Years | 553 | 635 | -12.91% |
| 41 - 45 Years | 548 | 629 | -12.88% |
| > 45 Years | | ** | |
| **Non-Equity Partners** | | | |
| High | 540 | 648 | -16.67% |
| Middle | 453 | 529 | -14.37% |
| Low | 320 | 450 | -28.89% |
| Average | 437 | 537 | -18.62% |
| ***By Years of Experience*** | | | |
| < 11 Years | 337 | 455 | -25.93% |
| 11 - 15 Years | 368 | 488 | -24.59% |
| 16 - 20 Years | 399 | 513 | -22.22% |
| 21 - 25 Years | 465 | 525 | -11.43% |
| 26 - 30 Years | 493 | 569 | -13.36% |
| 31 - 35 Years | 508 | ** | |
| 36 - 40 Years | 493 | 623 | -20.87% |
| 41 - 45 Years | 483 | 590 | -18.14% |
| > 45 Years | 500 | ** | |
| **Of Counsel** | | | |
| ***By Years of Experience*** | | | |
| < 21 Years | | ** | |
| 21 - 25 Years | | ** | |
| 26 - 30 Years | | ** | |
| > 30 Years | 552 | 660 | -16.36% |
| *All Of Counsel* | 552 | 576 | -4.17% |
| **Staff Attorneys** | | | |
| ***By Years of Experience*** | | | |
| < 6 Years | | ** | |
| 6 - 10 Years | | ** | |
| 11 - 15 Years | 400 | 350 | 14.29% |
| > 15 Years | 494 | ** | |
| *All Staff Attorneys* | 482 | 383 | 25.85% |

| | | | |
|---|---|---|---|
| **Associates** | | | |
| ***Class of*** | | | |
| 2022 | 260 | 303 | -14.19% |
| 2021 | 270 | 315 | -14.29% |
| 2020 | 278 | 335 | -17.01% |
| 2019 | 281 | 377 | -25.46% |
| 2018 | 290 | 361 | -19.67% |
| 2017 | | 398 | |
| 2016 | | 395 | |
| 2015 | | 365 | |
| 2014 | | 390 | |
| 2013 | 290 | ** | |
| Prior | | 395 | |
| *All Associates* | 279 | 342 | -18.42% |
| **Sr. Attorneys** | | | |
| ***Class of*** | | | |
| 2015 - 2022 | 308 | ** | |
| 2014 | | ** | |
| 2013 | | ** | |
| 2012 | | ** | |
| 2011 | | ** | |
| 2010 | | ** | |
| 2009 | 350 | ** | |
| Prior | | 544 | |
| *All Sr. Attorneys* | 319 | 495 | -35.56% |

**Exhibit B**

**Time Sheets of Geoffrey R. Surtees**

**Time Sheets**
**Geoffrey R. Surtees**
***Harpring & Kenney v. City of Louisville***

| | Attorney | Work Performed | Hours |
|---|---|---|---|
| 10/15/21 | GRS | Conf. w/Francis J. Manion (FJM) re. new case and immediate tasks | .5 |
| 10/21/21 | GRS | Factual research on Ordinance and Sisters for Life litigation | 3.5 |
| 10/21/21 | GRS | Legal research for draft of complaint | 4.5 |
| 10/22/21 | GRS | Review first draft of complaint; edits | 2.3 |
| 10/22/21 | GRS | Conf. w/FJM re: complaint | .4 |
| 10/23/21 | GRS | Edits to complaint with causes of action; research | 5.5 |
| 11/9/21 | GRS | Louisville travel for meeting with FJM and clients | 2.0 |
| 11/9/21 | GRS | Meet with FJM and clients | 3.0 |
| 11/10/21 | GRS | Review Kenney warning and research re. home rule statute | 1 |
| 11/10/21 | GRS | Begin draft of PI Brief on law section | 5 |
| 11/11/21 | GRS | Continue draft of PI Brief; research | 5.5 |
| 11/12/21 | GRS | Continue draft of PI Brief; research | 4.5 |
| 11/13/21 | GRS | Continue draft of PI Brief; research | 3.7 |
| 11/14/21 | GRS | Edit FJM PI Brief facts | 2.5 |
| 11/16/21 | GRS | Final review and edit of complaint for filing | 2.5 |
| 11/16/21 | GRS | Conference with FJM re. PI Brief | .7 |
| 11/17/21 | GRS | Final review and edit of PI Brief; draft detailed proposed order | 3.1 |
| 11/19/21 | GRS | Attention to docket | .1 |
| 11/30/21 | GRS | Review Def. Motion to Consolidate; legal research | 1.8 |
| 11/30/21 | GRS | Conference with FJM re. Motion to Consolidate | .4 |
| 11/30/21 | GRS | Draft response to Consolidation Motion; research | 3.5 |
| 12/9/21 | GRS | Review Def. Opposition to PI; research | 3.4 |
| 12/10/21 | GRS | Conference with FJM re: proposed reply | .5 |
| 12/13/21 | GRS | Begin draft of PI Reply; research | 4.9 |
| 12/14/21 | GRS | Continue draft of PI Reply; research | 3.5 |
| 12/15/21 | GRS | Continue draft of PI Reply; research | 4.2 |
| 12/17/21 | GRS | Conference with FJM re. PI Reply Draft | .3 |
| 12/18/21 | GRS | Edits to PI Reply; research | 2.7 |
| 12/28/21 | GRS | Corr. from City and Sisters for Life re: depositions | .4 |
| 12/29/21 | GRS | Conference with FJM re. depositions | .5 |
| 1/3/22 | GRS | Conference with FJM re. depositions | .4 |
| 1/3/22 | GRS | Draft FJM Declaration re. Def. Reply | 1.5 |
| 1/4/22 | GRS | Conference with FJM re. Def. filings in Sisters for Life | .5 |
| 1/4/22 | GRS | Incorporate edits to FJM declaration | .4 |
| 1/6/22 | GRS | Conference with FJM | .3 |
| 1/7/22 | GRS | Review of Court Scheduling Order; calendar | .3 |
| 1/7/22 | GRS | Conference with FJM on deposition prep and documents | .3 |
| 1/11/22 | GRS | Conference with FJM on deposition | .3 |
| 1/18/22 | GRS | Conference with FJM on depositions | .5 |
| 1/26/22 | GRS | Conference with FJM on depositions | .3 |

| | | | |
|---|---|---|---|
| 2/25/22 | GRS | Review DCT opinion and order | 1.2 |
| 2/25/22 | GRS | Research potential stay pending appeal | 2.3 |
| 2/26/22 | GRS | Draft Notice of Appeal | .2 |
| 2/28/22 | GRS | File Notice of Appeal | .1 |
| 3/9/22 | GRS | Review and edit CTA Mediation Statement | .5 |
| 3/11/22 | GRS | Review CTA Mediation Order | .1 |
| 3/16/22 | GRS | Edit, finalize, and file DCT Motion to Stay Proceedings; draft proposed order | 1.7 |
| 3/17/22 | GRS | Review Def. CTA Motion to Consolidate | .2 |
| 3/22/22 | GRS | Draft response to Def. CTA Motion to Consolidate; research | 1.5 |
| 3/26/22 | GRS | Review outline of CTA Brief; annotate | 3.2 |
| 3/27/22 | GRS | Edit CTA Brief; research | 5.8 |
| 3/28/22 | GRS | Continue work on CTA Brief; research | 4.7 |
| 3/28/22 | GRS | Review KY AG Amicus Brief in Sisters for Life | .7 |
| 3/30/22 | GRS | Review CTA Consolidation Order | .1 |
| 4/1/22 | GRS | Continue work on CTA Brief; research | 4.5 |
| 4/4/22 | GRS | Incorporate facts into CTA Brief | 2.2 |
| 4/5/22 | GRS | Circulate draft of CTA Brief | .1 |
| 4/6/22 | GRS | Incorporate edits to CTA Brief | .5 |
| 4/10/22 | GRS | Final editing and revising of CTA Brief | 2.5 |
| 4/11/22 | GRS | File CTA Brief | .1 |
| 4/12/22 | GRS | Attention to DCT docket re. stay order | .1 |
| 5/9/22 | GRS | Review Def. CTA Opp. Brief; research | 3.4 |
| 5/11/22 | GRS | Begin draft of CTA Reply Brief; research | 3.5 |
| 5/12/22 | GRS | Continue work on CTA Reply Brief; research | 5.2 |
| 5/15/22 | GRS | Continue work on CTA Reply Brief; research | 4.1 |
| 5/16/22 | GRS | Continue work on CTA Reply Brief; research | 4.2 |
| 5/19/22 | GRS | Circulate Reply Draft | .1 |
| 5/23/22 | GRS | Incorporate edits to CTA Reply Brief; final proof; file | .5 |
| 6/27/22 | GRS | Research and draft Supplemental Authority Letter with CTA; file | 1.2 |
| 12/6/22 | GRS | Conference with FJM re. oral argument preparation; moot case | 3.5 |
| 12/7/22 | GRS | Travel to Cincinnati for oral argument | 2.5 |
| 12/8/22 | GRS | Attend CTA oral argument | 1 |
| 12/8/22 | GRS | Travel from Cincinnati | 2.5 |
| 12/9/22 | GRS | Conference with FJM re. potential supplemental authority | .5 |
| 12/21/22 | GRS | Review 6th Cir. decision | 1.1 |
| 1/3/23 | GRS | Review DCT order entering PI Order; conference with FJM | .5 |
| 1/12/23 | GRS | Attention to DCT order; calendar | .1 |
| 1/18/23 | GRS | Review proposed scheduling order | .2 |

| | | | |
|---|---|---|---|
| 1/31/23 | GRS | Attend DCT Scheduling Conference | .3 |
| 2/1/23 | GRS | Review DCT Scheduling Order; calendar | .2 |
| 2/17/23 | GRS | Research and draft status report; circulate | .9 |
| 2/24/23 | GRS | Emails with clients | .3 |
| 3/2/23 | GRS | Attention to DCT docket and filing of status report | .1 |
| 3/3/23 | GRS | Emails with client | .3 |
| 3/8/23 | GRS | Review DCT order on status report | .1 |
| 3/9/23 | GRS | Begin draft of MSJ; research | 3.5 |
| 3/11/23 | GRS | Continue work on MSJ; research | 4.7 |
| 3/13/23 | GRS | Continue work on MSJ; research | 5.1 |
| 3/16/23 | GRS | Finalize and file MSJ; draft proposed order | 3.2 |
| 3/16/23 | GRS | Review Def. MTD; research | 1 |
| 3/30/23 | GRS | Review Def. Opp. To MSJ | .7 |
| 4/2/23 | GRS | Begin work on Opp. To Def. MTD; research | 1.9 |
| 4/3/23 | GRS | Continue work on Opp. To Def. MTD; research | 3.7 |
| 4/4/23 | GRS | Continue work on Opp. To Def. MTD; research | 4.5 |
| 4/5/23 | GRS | Continue work on Opp. To Def. MTD; research | 3.1 |
| 4/6/23 | GRS | Finalize and file Opp. To Def. MTD; proposed order | 1.7 |
| 4/7/23 | GRS | Begin work on MSJ reply brief; research | 2.9 |
| 4/8/23 | GRS | Continue work on MSJ reply brief; research | 3.5 |
| 4/10/23 | GRS | Continue work on MSJ reply brief; research | 4.7 |
| 4/11/23 | GRS | Continue work on MSJ reply brief; research | 4.5 |
| 4/12/23 | GRS | Continue work on MSJ reply | 2.2 |
| 4/13/23 | GRS | Finalize MSJ Reply and file | .5 |
| 8/18/23 | GRS | Conference with client | .3 |
| 8/18/23 | GRS | Conference with Wiest | .2 |
| 8/29/23 | GRS | Draft Pretrial Memo | 1.9 |
| 8/30/23 | GRS | Draft Exhibit List and Witness List | 1 |
| 9/1/23 | GRS | Telephone with client | .5 |
| 9/2/23 | GRS | Emails with clients | .3 |
| 9/5/23 | GRS | Proofread and edit pretrial materials | .5 |
| 9/5/23 | GRS | Final review and file pretrial materials | .3 |
| 9/6/23 | GRS | Receipt and review of Defendant's pretrial materials and motion to continue trial | .5 |
| 9/11/23 | GRS | Draft objections to Defendant's witness and exhibit lists | .6 |
| 9/12/23 | GRS | Proof and file objections | .3 |
| 9/13/23 | GRS | Review Defendant reply to objections | .1 |
| 9/20/23 | GRS | Review order on evidentiary hearing | .3 |
| 9/20/23 | GRS | Emails with clients | .2 |
| 9/20/23 | GRS | Telephone with client | .5 |
| 10/6/23 | GRS | Review of witness and exhibit lists by parties | .7 |

| | | | |
|---|---|---|---|
| 10/6/23 | GRS | Client prep for hearing | 2.3 |
| 10/7/23 | GRS | Research and drafting re. objections to Defendant's witness and exhibit lists and filing of declaration | 2.1 |
| 10/8/23 | GRS | Email with Wiest | .1 |
| 10/8/23 | GRS | Review draft consolidated objections to Defendant's witness and exhibit lists and filing of declaration | .3 |
| 10/9/23 | GRS | Client prep for hearing | .3 |
| 10/9/23 | GRS | Review Defendant response to objections | .5 |
| 10/10/23 | GRS | Client prep for hearing | 1.4 |
| 10/10/23 | GRS | Review Defendant's revised witness list | .2 |
| 10/10/23 | GRS | Prep for hearing | 5.3 |
| 10/11/23 | GRS | Drive to and from Louisville for hearing | 2 |
| 10/11/23 | GRS | Evidentiary hearing in court | 3 |
| 10/24/23 | GRS | Review of transcript and exhibits | 1.1 |
| 11/16/23 | GRS | Research and draft mootness brief | 5.9 |
| 11/17/23 | GRS | Research and draft mootness brief, cont. | 3.2 |
| 11/18/23 | GRS | Research and draft mootness brief, cont. | 3.7 |
| 11/20/23 | GRS | Proof and file mootness brief | 1.1 |
| 11/21/23 | GRS | Review mootness briefs by parties as filed | .9 |
| 11/30/23 | GRS | Research and draft mootness response | 4.3 |
| 12/1/23 | GRS | Research and draft mootness response, cont. | 2.8 |
| 12/4/23 | GRS | Proof and file mootness response | .7 |
| 12/5/23 | GRS | Review mootness response briefs by parties as filed | .6 |
| 12/8/23 | GRS | Review supplemental filing by Sisters | .5 |
| 12/8/23 | GRS | Research case challenge to KY abortion law | .8 |
| 3/30/24 | GRS | Review Court Opinion and Order on Mootness | .5 |
| 3/30/24 | GRS | Communications with clients | .3 |
| 5/16/24 | GRS | Draft and file witness and exhibit lists | .6 |
| 5/16/24 | GRS | Review witness and exhibit lists of parties | .4 |
| 5/20/24 | GRS | Research re. legislative intent | .8 |
| 5/20/24 | GRS | Emails with Wiest re. joint objection | .3 |
| 5/20/24 | GRS | Review draft of joint objection | .5 |
| 5/23/24 | GRS | Background research on City witness | .9 |
| 5/28/24 | GRS | Prep. Mary Kenney for possible testimony | 1.1 |
| 5/28/24 | GRS | Review court order | .2 |
| 5/29/24 | GRS | Prep for hearing; outline questions; review exhibits | 2.6 |
| 5/30/24 | GRS | Drive to and from Louisville for hearing | 2 |
| 5/30/24 | GRS | Attend evidentiary hearing | 1.8 |
| 5/30/24 | GRS | Client communications re. hearing | .4 |
| 6/10/24 | GRS | Review transcript of hearing | 1.1 |
| 6/10/24 | GRS | Begin work on post-hearing brief; research | 4.7 |
| 6/11/24 | GRS | Post-hearing brief; research, cont. | 3.3 |

| | | | |
|---|---|---|---|
| 6/27/24 | GRS | Review transcripts of Metro hearings | 1.8 |
| 6/28/24 | GRS | Post-hearing brief; research, cont. | 5.2 |
| 7/1/24 | GRS | Final edits, proof; file | .7 |
| 7/2/24 | GRS | Review briefs filed by parties | .8 |
| 7/18/24 | GRS | Outline response brief | .5 |
| 7/18/24 | GRS | Continue research and draft of response brief | 4.2 |
| 7/19/24 | GRS | Continue research and draft of response brief | 3.5 |
| 7/22/24 | GRS | Final edits and file response brief | .5 |
| 7/31/24 | GRS | Attention to docket and court order | .1 |
| 9/13/24 | GRS | Review court opinion and order | .5 |
| 9/13/24 | GRS | Communications with clients | .2 |
| 9/19/24 | GRS | Review and edit joint motion re. attorney's fees | .2 |
| 10/7/24 | GRS | Attention to court order re. attorney's fees | .1 |
| 10/8/24 | GRS | Research for prevailing market rates in WDKY | .7 |
| 10/8/24 | GRS | Research standards for attorneys fees under § 1988 | 2.1 |
| 10/9/24 | GRS | Draft declaration and motion for attorneys fees | 5.2 |
| 10/10/24 | GRS | Revisions and edits to motion and declaration | 2.1 |
| 10/11/24 | GRS | Final proof of documents and compilation of exhibits | 1 |
| | | | |

**Exhibit C**

**Time Sheets of Francis J. Manion**

**Time Sheets**
**Francis J. Manion**
***Harpring & Kenney v. City of Louisville***

| | Attorney | Work Performed | Hours |
|---|---|---|---|
| 10/7/21 | FJM | Conf. w/Edward Harpring (EH) re: possible litigation options | .5 |
| 10/12/21 | FJM | Email re: meeting | .1 |
| 10/15/21 | FJM | Travel to and from Louisville | 2.0 |
| 10/15/21 | FJM | Meet w/EH re: lawsuit | 2.0 |
| 10/15/21 | FJM | Conf. w/Edward L. White (ELW) re: legal standing | .5 |
| 10/15/21 | FJM | Conf. w/Geoffrey R. Surtees (GRS) re: meetings & next steps | .5 |
| 10/21/21 | FJM | Research re: BZO | 2.3 |
| 10/21/21 | FJM | Begin draft of complaint | 1.4 |
| 10/22/21 | FJM | 1st draft of complaint | 1.3 |
| 10/22/21 | FJM | Conf. w/FJM re: complaint | .4 |
| 10/26/21 | FJM | Revising complaint | .8 |
| 10/26/21 | FJM | Telephone conf. w/Mary Kenney (MK) re: joining case as plaintiff | .5 |
| 10/29/21 | FJM | Revising complaint – sent to clients | .4 |
| 11/5/21 | FJM | Arranging for meeting w/clients | .3 |
| 11/9/21 | FJM | Travel to and from Louisville | 2.0 |
| 11/9/21 | FJM | Meeting w/EH and MK, review complaint, discuss preliminary injunction (PI) and next steps | 3.0 |
| 11/10/21 | FJM | Review written warning issued to MK; corresp. w/MK and EH re: warning | .4 |
| 11/11/21 | FJM | Additional revisions of complaint; corr. w/plaintiffs re: final draft and review | .6 |
| 11/12/21 | FJM | Work on PI memo | 5.5 |
| 11/14/21 | FJM | Cont. work on PI memo | 2.2 |
| 11/16/21 | FJM | File complaint | .8 |

| | | | |
|---|---|---|---|
| 11/16/21 | FJM | conf. w/ GRS re: PI brief | .7 |
| 11/17/21 | FJM | Finalizing PI motion & brief | 2.1 |
| 11/18/21 | FJM | File PI motion & brief | 1.0 |
| 11/18/21 | FJM | Arrange service of process | .6 |
| 11/18/21 | FJM | Conf. w/EH & MK re: filing and service | .3 |
| 11/19/21 | FJM | Rev. Court's text order | .2 |
| 11/29/21 | FJM | Rec. & rev. C. Whalen written warning | .3 |
| 11/29/21 | FJM | Telephone conf. w/EH re: same | .2 |
| 11/30/21 | FJM | Rec. & rev. of Motion to Consolidate | .5 |
| 11/30/21 | FJM | Conf. w/GRS re: same | .4 |
| 11/30/21 | FJM | Legal research re: same | .6 |
| 12/9/21 | FJM | Rec. & rev. defendants Opposition to PI | .4 |
| 12/10/21 | FJM | Conf. rev. of defendants Opposition brief and exhibits; conf. w/GRS re: proposed reply | 1.4 |
| 12/17/21 | FJM | Rev. initial draft of Reply Brief conf. w/GRS re: same | .8 |
| 12/20/21 | FJM | Rev. edits completed Reply Brief | .7 |
| 12/23/21 | FJM | Telephone conf. w/EH re: reply | .3 |
| 12/28/21 | FJM | Corr. from City and Sisters for Life re: depositions | .4 |
| 12/29/21 | FJM | Conf. w/GRS re: depos | .5 |
| 12/29/21 | FJM | Respond to City/Wiest re: above | .4 |
| 1/3/22 | FJM | Rec. & rev. of corr. Sisters for Life and City re: depositions | .4 |
| 1/3/22 | FJM | Conf. w/GRS re: depositions | .4 |
| 1/4/22 | FJM | Rec. & rev. of City's filings in Sisters for Life | .3 |
| 1/4/22 | FJM | Conf. w/GRS re: above | .5 |
| 1/4/22 | FJM | Rec. & edit of Declaration | .8 |
| 1/6/22 | FJM | Rec. & rev. of numerous court orders re: consolidation, scheduling, etc. | .7 |
| 1/6/22 | FJM | Conf. w/GRS re: above | .3 |

| | | | |
|---|---|---|---|
| 1/7/22 | FJM | Rev. scheduling order & motion | .4 |
| 1/7/22 | FJM | Conf. w/GRS re: conf. call | .3 |
| 1/7/22 | FJM | Rev. pleadings filled by Wiest | .6 |
| 1/7/22 | FJM | Telephone conf. w/ Wiest | .2 |
| 1/7/22 | FJM | Participation in call w/Magistrate | .7 |
| 1/7/22 | FJM | Follow-up emails w/counsel | .5 |
| 1/7/22 | FJM | Emails to clients | .3 |
| 1/7/22 | FJM | Telephone conf. w/GRS | .3 |
| 1/10/22 | FJM | Rev. docs. in prep for depositions | 3.0 |
| 1/11/22 | FJM | Prep for attendance at deposition of Caleb Stewart | 3.4 |
| 1/11/22 | FJM | Conf. w/GRS post-deposition | .3 |
| 1/11/22 | FJM | Telephone conf. w/Wiest post-deposition | .3 |
| 1/11/22 | FJM | Telephone conf. w/EH post-deposition | .5 |
| 1/11/22 | FJM | Telephone conf., emails re: scheduling plaintiffs depositions | .4 |
| 1/12/22 | FJM | Telephone calls, texts, emails re: plaintiffs & review of trial date | .5 |
| 1/13/22 | FJM | Arranging conf. room for plaintiffs depositions; rev. defendants response re: trial date | .6 |
| 1/17/22 | FJM | Rec. & rev. of Caleb Stewart transcript; prep for meeting w/plaintiffs re: their depositions | 1.6 |
| 1/18/22 | FJM | Additional prep for meeting; drive to and from Louisville; meet with plaintiffs; conf. w/GRS | 3.3 |
| 1/26/22 | FJM | Prep. for Minter deposition | .3 |
| 1/26/22 | FJM | Attend Minter deposition via ZOOM | 1.6 |
| 1/26/22 | FJM | Conf. w/GRS | .3 |
| 1/26/22 | FJM | Conf. w/Wiest | .3 |
| 1/27/22 | FJM | Meeting w/plaintiffs pre-deposition | .5 |
| 1/27/22 | FJM | Attend deposition of plaintiffs | 2.0 |

| | | | |
|---|---|---|---|
| 1/27/22 | FJM | Conf. w/plaintiffs post-deposition | .3 |
| 1/27/22 | FJM | Travel to and from Louisville for depositions | 2.0 |
| 2/1/22 | FJM | Rec. & review of deposition transcripts | .6 |
| 3/28/22 | FJM | Rev. of draft of 6th Cir. brief; conf. w/GRS re: 6th Circuit brief | 1.3 |
| 4/1/22 | FJM | Work on 6th Cir. brief statement of facts | 1.1 |
| 4/4/22 | FJM | Cont. work on 6th Cir. brief facts | 3.3 |
| 5/9/22 | FJM | Rev. defendants' response | 1.2 |
| 5/11/22 | FJM | Research re: Defendants' response | .5 |
| 5/13/22 | FJM | Corr. w/Wiest re: reply | .2 |
| 5/17/22 | FJM | Conf. w/Harpring re: response & reply | .3 |
| 5/18/22 | FJM | Further review Defendants' response & work on reply | .5 |
| 5/19/22 | FJM | Work on Reply Brief | .5 |
| 5/20/22 | FJM | Review & edit drafts of Reply | 1.2 |
| 5/23/22 | FJM | Final review & edit of Reply | 1.5 |
| 5/23/22 | FJM | Corr. w/Plaintiffs re: filing of briefs, next steps | .4 |
| 10/14/22 | FJM | Rec of 6th Cir. notice scheduling oral argument for 12/8/22; filing acknowledgment with court | .4 |
| 11/5/22 | FJM | Begin oral argument prep. outline of possible arguments | 1.8 |
| 11/21/22 | FJM | Cont. argument prep | 6.5 |
| 11/22/23 | FJM | Cont. argument prep | 6.0 |
| 12/2/22<br>12/5/22 | FJM<br>FJM | Cont. argument prep<br>Cont. argument prep | 3.3<br>4.0 |
| 12/6/22 | FJM | Meet w/GRS for oral argument prep and moot | 3.5 |
| 12/7/22 | FJM | Travel to Cincinnati; final argument prep | 4.8 |
| 12/8/22 | FJM | Attend/present oral argument | 1.75 |
| 12/8/22 | FJM | Communicate w/clients & JS re: argument | .8 |
| 12/8/22 | FJM | Travel from Cincinnati | 3.0 |
| 12/9/22 | FJM | Conf. w/GRS re: possible supplemental authority | .5 |

| | | | |
|---|---|---|---|
| 12/21/22 | FJM | Rec. & review of 6th Circ. decision | .8 |
| 12/21/22 | FJM | Comm. w/clients & JS re: decision | .6 |
| 1/3/23 | FJM | Rec. Dist. Court Order entering injunction; conf. w/GRS re: above; conf. w/clients re: above | 1.1 |
| | | | |
| | | | |
| | | | |
| | | | |