**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

SISTERS FOR LIFE, INC., *et al.* Plaintiffs

v. Lead Civil Action No. 3:21-cv-0367-RGJ

LOUISVILLE-JEFFERSON COUNTY METRO GOVERNMENT*, et al.* Defendants

***

EDWARD HARPRING, *et al.* Plaintiffs

v. Member Civil Action No. 3:21-cv-691-RGJ

LOUISVILLE-JEFFERSON COUNTY METRO GOVERNMENT Defendant

**[PROPOSED] ORDER ON PLAINTIFFS EDWARD HARPRING AND MARY KENNEY'S MOTION FOR ATTORNEYS' FEES**

Upon motion of Plaintiffs, Edward Harpring and Mary Kenney, for an award of attorneys' fees incurred in this action, the parties having responded, and the Court being otherwise duly and sufficiently advised,

**IT IS HEREBY ORDERED** that Plaintiffs' motion is **GRANTED** and Plaintiffs are awarded attorneys' fees in the amount of two hundred twenty-nine thousand, two hundred eighty-eight dollars and fifty cents ($229,288.50) to be paid by the Defendant, Louisville-Jefferson County Metro Government.

It is so Ordered on this ___ day of __________ 2024.