**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: August 13, 2026

Mr. James J. Vilt Jr.
Western District of Kentucky at Louisville
601 W. Broadway
Suite 106 Gene Snyder U.S. Courthouse
Louisville, KY 40202-2249

    Re:  Case No. 25-5890
       *Sisters for Life, Inc., et al v. Louisville-Jefferson Co, KY, et al*
       Originating Case No. 3:21-cv-003673:21-cv-00691

Dear Mr. Vilt,

    Enclosed is a copy of the mandate filed in this case.

                Sincerely,

                s/Kelly Stephens
                Appeal Case Manager: Ryan

cc: Ms. Natalie Suzanne Johnson
    Ms. Abigail Ann Southerland
    Mr. Geoffrey R. Surtees

Enclosure

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

_____

No: 25-5890

_____

Filed: August 13, 2026

SISTERS FOR LIFE, INC.; ANGELA MINTER; KENTUCKY RIGHT TO LIFE
ASSOCIATION, INC.

        Plaintiffs

 and

EDWARD HARPRING; MARY KENNEY

        Plaintiffs - Appellants

v.

LOUISVILLE-JEFFERSON COUNTY, KY METRO GOVERNMENT; GREG FISCHER,
Mayor; ERIKA SHIELDS, Chief of Police, Louisville Metro Police Department; MIKE
O'CONNELL

        Defendants - Appellees

MANDATE

   Pursuant to the court's disposition that was filed 07/15/2026 the mandate for this case hereby

issues today.

 COSTS:  Pending