**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: August 13, 2026

Mr. James J. Vilt Jr.
Western District of Kentucky at Louisville
601 W. Broadway
Suite 106 Gene Snyder U.S. Courthouse
Louisville, KY 40202-2249

Re:  Case No. 25-5888
     *Sisters for Life, Inc., et al v. Louisville-Jefferson Co, KY, et al*
     Originating Case No. 3:21-cv-00367, 3:21-cv-00691

Dear Mr. Vilt,

   Enclosed is a copy of the mandate filed in this case.

                                        Sincerely,

                                        s/Kelly Stephens
                                        Appeal Case Manager: Ryan

cc: Mr. Thomas Bernard Bruns
    Ms. Natalie Suzanne Johnson
    Mr. Christopher David Wiest


Enclosure

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

_____

No: 25-5888

_____

Filed: August 13, 2026

SISTERS FOR LIFE, INC.; ANGELA MINTER; KENTUCKY RIGHT TO LIFE ASSOCIATION, INC.

      Plaintiffs - Appellants

 and

EDWARD HARPRING; MARY KENNEY

      Plaintiffs

v.

LOUISVILLE-JEFFERSON COUNTY, KY METRO GOVERNMENT; GREG FISCHER, Mayor; ERIKA SHIELDS, Chief of Police, Louisville Metro Police Department; MIKE O'CONNELL

      Defendants - Appellees

MANDATE

Pursuant to the court's disposition that was filed 07/15/2026 the mandate for this case hereby issues today.

COSTS:  Pending