**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

SISTERS FOR LIFE, INC., *et al.* Plaintiffs

v. Lead Civil Action No. 3:21-cv-0367-RGJ

LOUISVILLE-JEFFERSON COUNTY METRO GOVERNMENT, *et al.* Defendants

***

EDWARD HARPRING, *et al.* Plaintiffs

v. Member Civil Action No. 3:21-cv-691-RGJ

LOUISVILLE-JEFFERSON COUNTY METRO GOVERNMENT Defendant

**DECLARATION OF GEOFFREY R. SURTEES IN SUPPORT OF PLAINTIFFS EDWARD HARPRING AND MARY KENNEY'S MOTION FOR ATTORNEY'S FEES AND COSTS INCURRED ON APPEAL**

1. I am Senior Counsel with the American Center for Law & Justice ("ACLJ") and counsel for Plaintiffs Edward Harpring and Mary Kenney in the above-captioned action. I submit this Declaration in support of Plaintiffs' Motion for Supplemental Attorney's Fees and Costs Incurred on Appeal. Except where otherwise stated, I have personal knowledge of the matters set forth in this Declaration.

2. On October 11, 2024, I submitted a declaration in support of Plaintiffs' original motion for attorney's fees. [DE 162-1]. I incorporate by reference the paragraphs of that declaration which describe my professional background, qualifications, federal-court admissions, experience litigating First Amendment cases, and the ACLJ's extensive experience defending constitutional liberties, including the rights of sidewalk counselors.

3. I graduated from the University of Kentucky College of Law in 2001 and have continued to practice regularly in federal courts across the country since submitting my prior

declaration. My principal field of practice remains First Amendment litigation and religious civil liberties.

4. This Court previously determined that $375 per hour was a reasonable rate for my services in this litigation. Plaintiffs request compensation for my appellate work at that same rate. They do not seek an increased rate based on the passage of time or the appellate nature of the work.

5. After this Court reduced Plaintiffs' lodestar by fifty percent, Plaintiffs appealed that reduction to the United States Court of Appeals for the Sixth Circuit in Appeal No. 25-5890.

6. The appeal required, among other things, reviewing and analyzing this Court's fee order and the underlying record; researching the governing attorney-fee principles; preparing the mediation statement and other appellate filings; researching, drafting, revising, and finalizing Plaintiffs' opening and reply briefs; reviewing and responding to the County's arguments; reviewing the Sixth Circuit's decision; and attending to related appellate matters.

7. Attached as Exhibit A is a true and accurate copy of my contemporaneous time records.

8. As shown in Exhibit A, I expended 78 hours prosecuting the appeal and performing related appellate tasks. At the Court-approved rate of $375 per hour, those services result in fees of $29,250.

9. I expended an additional 7.5 hours researching, drafting, revising, and finalizing the present motion for supplemental attorney's fees and costs and its supporting materials. At $375 per hour, those services result in fees of $2,812.50.

10. I therefore seek compensation for 85.5 hours, resulting in total attorney's fees of $32,062.50.

11. I exercised billing judgment in preparing this request. I excluded time that I determined was redundant, insufficiently related to the appeal, or otherwise not reasonably chargeable to

Defendant. The hours for which compensation is sought represent time reasonably and necessarily devoted to successfully prosecuting the appeal and preparing the present fee application.

12. Plaintiffs prevailed on the issue they presented on appeal. On July 15, 2026, the Sixth Circuit reversed this Court's fee judgment and remanded the matter for further proceedings consistent with its opinion.

13. Plaintiffs paid $605.00 upon filing their notice of appeal. That amount consisted of a $600.00 appellate docketing fee and the separate $5.00 statutory fee for filing the notice of appeal under 28 U.S.C. § 1917. Plaintiffs sought the $600.00 docketing fee through their bill of costs in the Sixth Circuit and seek only the remaining $5.00 statutory filing fee through the present motion.

14. Based on the foregoing, I believe in good faith that the requested award of $32,062.50 in attorney's fees, together with the $5.00 statutory filing fee, is fair and reasonable.

**DECLARATION PURSUANT TO 28 U.S.C. § 1746**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 13, 2026.

/s/ Geoffrey R. Surtees
Geoffrey R. Surtees

# EXHIBIT A

# ATTORNEY TIMESHEET

**Attorney: Geoffrey R. Surtees**

**Matter: Harpring v. Louisville-Jefferson County (3:21-cv-691-RGJ) (W.D. Ky)**

**Date Range: Sept. 30, 2025 – Aug. 13, 2026**

| Date | Description | Hours |
|---|---|---|
| 9/30/25 | Review DCT attorney's fees decision | .5 |
| 9/30/25 | Draft memo re. decision outlining appeal grounds | .7 |
| 10/2/25 | Draft and file notice of appeal | .4 |
| 10/3/25 | Review law clerk memo re. atty fees decisions | .5 |
| 10/6/25 | Attention to docket and docketing of appeal | .1 |
| 10/7/25 | Attention to docket and review of mediation notice | .2 |
| 10/10/25 | Complete and file notice of appearance with CA6 | .2 |
| 10/10/25 | Complete and file corporate disclosure form with CA6 | .2 |
| 10/17/25 | Complete transcript order and civil appeal statement through CA6 ECF system | .3 |
| 10/17/25 | Attention to docket and briefing schedule | .1 |
| 10/24/25 | Email to CA6 mediator re. mediation | .2 |
| 10/27/25 | Draft and email mediation statement to CA6 mediator | .5 |
| 10/30/25 | Telephone with CA6 mediator | .2 |
| 11/3/25 | Attention to docket and briefing schedule | .1 |
| 11/3/25 | Research decisions in DCT opinion | 3.5 |
| 11/4/25 | Research and drafting of opening brief | 4.6 |
| 12/1/25 | Research and drafting of opening brief, cont. | 5.5 |
| 12/2/25 | Research and drafting of opening brief, cont. | 4.5 |
| 12/3/25 | Research and drafting of opening brief, cont. | 4.9 |
| 12/9/25 | Research and drafting of opening brief, cont. | 5.1 |
| 12/9/25 | Draft and file motion for extension of time | .4 |
| 12/10/25 | Research and drafting of opening brief, cont. | 4.1 |
| 12/10/25 | Attention to docket and new filing deadline | .1 |
| 12/12/25 | Research and drafting of opening brief, cont. | 2.8 |

| Date | Description | Hours |
|---|---|---|
| 12/18/25 | Review edits from co-counsel on appeal (Abigail Southerland) and incorporate | 2.5 |
| 12/19/25 | Proofread, bluebook, check record citations, tables, certificates, and file | 4.5 |
| 1/21/26 | Review Response brief and research cases cited therein | 2.7 |
| 1/22/26 | Research and outline of reply brief | 2.7 |
| 1/30/26 | Research and drafting of reply brief | 3 |
| 2/1/26 | Research and drafting of reply brief, cont. | 3.5 |
| 2/2/26 | Research and drafting of reply brief, cont. | 3.7 |
| 2/3/26 | Research and drafting of reply brief, cont. | 3.8 |
| 2/4/26 | Research and drafting of reply brief, cont. | 3.3 |
| 2/6/26 | Review edits from co-counsel on appeal (Abigail Southerland) and incorporate | 1.7 |
| 2/7/26 | Additional drafting of reply | 2.1 |
| 2/10/26 | Proofread, bluebook, check record citations, tables, certificates, and file | 3.4 |
| 7/15/26 | Review Sixth Circuit decision | .5 |
| 7/24/26 | Research and draft verified bill of costs, file | .9 |
| 7/27/26 | Research and draft motion for fees incurred on appeal | 3.1 |
| 7/28/26 | Research and draft motion for fees incurred on appeal, cont. | 2.9 |
| 7/29/26 | Proofread and bluebook motion for fees | 1.1 |
| 8/13/26 | Finalize and file | .4 |
| | **TOTAL** | 85.5 |