**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

SISTERS FOR LIFE, INC., *et al.* Plaintiffs

v. Lead Civil Action No. 3:21-cv-0367-RGJ

LOUISVILLE-JEFFERSON COUNTY METRO GOVERNMENT, *et al.* Defendants

***

EDWARD HARPRING, *et al.* Plaintiffs

v. Member Civil Action No. 3:21-cv-691-RGJ

LOUISVILLE-JEFFERSON COUNTY METRO GOVERNMENT Defendant

**[PROPOSED] ORDER ON PLAINTIFFS EDWARD HARPRING AND MARY KENNEY'S MOTION FOR ATTORNEY'S FEES AND COSTS INCURRED ON APPEAL**

This matter is before the Court on the motion of Plaintiffs Edward Harpring and Mary Kenney for an award of supplemental attorney's fees and costs incurred on appeal and in preparing the motion. [DE 178].

Being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. Plaintiffs Edward Harpring and Mary Kenney's Motion for Attorney's Fees and Costs Incurred on Appeal [DE 178] is GRANTED.

2. Plaintiffs are AWARDED supplemental attorney's fees in the amount of $32,062.50, representing 85.5 hours at the rate of $375.00 per hour.

3. Plaintiffs are AWARDED costs in the amount of $5.00, representing the statutory fee for filing the notice of appeal under 28 U.S.C. § 1917.

4. Defendant Louisville-Jefferson County Metro Government shall pay Plaintiffs the total sum of $32,067.50.

5. Nothing in this Order affects the $600.00 appellate docketing fee, which is taxable in the United States Court of Appeals for the Sixth Circuit and remains pending in that court.

It is so Ordered on this ___ day of __________ 2026.